```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
JAMAL KEARSE,                           :  07 Civ. 4730 (PAC) (JCF)
                                        :
              Plaintiff,                :        O R D E R
                                        :
       - against -                      :
                                        :
LINCOLN HOSPITAL (BRONX NEW YORK);      :
HAND SPECIALIST JOHN DOE (LINCOLN       :
HOSPITAL BRONX N.Y.),                   :
                                        :
              Defendants.               :
- - - - - - - - - - - - - - - - - - - -:
```

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: 3/11/08]

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

The undersigned having issued a Report and Recommendation dated March 6, 2008 recommending that the complaint in this action be dismissed pursuant to Rule 4(m) of the Federal Rules of Civil Procedure because it had not been served within 120 days of filing and because plaintiff had not responded to my letter directing him to explain why the case should not be dismissed, and plaintiff having just now sent a letter stating that he did not effect service because of lack of information on how to do so, it is hereby ORDERED as follows:

1.  The Report and Recommendation dated March 6, 2008 is withdrawn.

2.  The Clerk of Court is respectfully requested to issue a new summons.

3.  Plaintiff's time to effect service is extended to April 30, 2008. There shall be no further extensions of this deadline.

4.  If plaintiff requires assistance in arranging service, he shall contact the Pro Se Office of the Court.

1

SO ORDERED.

*[signature]*

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:   New York, New York
         March 11, 2008

Copies mailed this date:

Jamal Kearse
241-06-17385
G.R.V.C.
09-09 Hazen Street
East Elmhurst, New York 11370

Pro Se Office