UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
JAMAL KEARSE,                           : 07 Civ. 4730 (PAC) (JCF)
                                        :
              Plaintiff,                : O R D E R
                                        :
    - against -                         :
                                        :
LINCOLN HOSPITAL (BRONX NEW YORK);      :
HAND SPECIALIST JOHN DOE (LINCOLN       :
HOSPITAL BRONX N.Y.),                   :
                                        :
              Defendants.               :
- - - - - - - - - - - - - - - - - - - -:
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/13/08

    Plaintiff having submitted an Amended Complaint that, apparently unintentionally, omits defendant Lincoln Hospital from the caption, it is hereby ORDERED as follows:

    1.  The caption above shall be utilized in this litigation until such time as the complaint may be further amended.

    2.  The Clerk of Court shall issue a new summons accordingly.

                    SO ORDERED.

                    /s/ James C. Francis IV
                    JAMES C. FRANCIS IV
                    UNITED STATES MAGISTRATE JUDGE

Dated:  New York, New York
        March 13, 2008

Copies mailed this date:

Jamal Kearse
241-06-17385
G.R.V.C.
09-09 Hazen Street
East Elmhurst, New York 11370

1